**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals

## For the First Circuit

No. 03-2390

THOMAS BATES,

Petitioner, Appellant,

v.

MICHAEL GRANT,

Respondent, Appellee.

**ERRATA**

The opinion of this court issued on May 4, 2004, is amended as follows:

On page 7, line 11, insert a footnote after the word "court." that reads: "On this appeal, the respondent is represented by a different Assistant Attorney General and not by the lawyer who handled matters in the district court."